EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:   Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 04-00002 DAE |
|  | ) |  |
| Plaintiff, | ) | SATISFACTION OF JUDGMENT |
|  | ) | AND RELEASE OF NOTICE OF |
| vs. | ) | LIEN |
|  | ) |  |
| Daniel Befakadu Powell, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on April 27, 2000, a Judgment in a Criminal Case was entered against Daniel Befakadu Powell (SSN: XXX-XX-0868) in the U.S. District Court, District of Wyoming, ordering payment of a special assessment of $300.00, a fine of $400.00, and restitution of -0-.

A Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on May 11, 2000 at the Lincoln County Clerk, State of Wyoming, Document No. 865837.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED:  August 1, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>/s/ Edric M. Ching
>
>By:_____
>    EDRIC M. CHING
>    Assistant U.S. Attorney
>    Attorneys for Plaintiff

213.wp