PROB. 12B
(7/93)

# ORIGINAL

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

AUG 0 7 2006

at ___10___ o'clock and _04_ min. ___M
SUE BEITIA, CLERK

## United States District Court

### for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  DANIEL BEFAKADU POWELL          Case No. CR 04-00002DAE-01

Name of Sentencing Judicial Officer:    The Honorable Clarence A. Brimmer
U.S. District Judge
District of Wyoming

Date of Original Sentence:  4/25/2000

Original Offense:    <u>Count 1</u>:  Felon in Possession of Firearms and Ammunition, Over 30,000 Rounds, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

<u>Count 2</u>:  Unlawful Manufacture and Possession of an Unregistered Machine Gun, in violation of 26 U.S.C. §§ 5822, 5861(d), 5861(f), and 5871, a Class C felony

<u>Count 3</u>:  Possession of Unregistered Firearms - Destructive Devices and Street Sweeper, in violation of 26 U.S.C. § 5861(d), a Class C felony

Original Sentence:    Offender was sentenced to 68 months imprisonment as to each count to be served concurrently followed by 3 years supervised release with the following special conditions:  The defendant shall participate in a program of testing and treatment of drug and alcohol abuse as directed by the U.S. Probation Officer until such time as the defendant is released from the program by the U.S. Probation Officer; The defendant shall not use or possess alcohol and shall not frequent places where alcohol is bought or sold; and The defendant shall undergo a complete psychiatric evaluation, and comply with any recommended treatment. Defendant was also ordered to pay a fine in the amount of $400.00 as to Count 1, in full immediately.

**Transfer of Jurisdiction:**  On 1/21/04, the offender's case, District of Wyoming Criminal No. CR 99-CR-00093-01B, was filed with the U.S. District Court for the District of Hawaii under Criminal No. CR 04-00002DAE-01.

Prob 12B
(7/93)

2

Type of Supervision:  Supervised Release        Date Supervision Commenced:  7/9/04

### PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

**General Condition**:        That the defendant shall refrain from any unlawful
                              use of a controlled substance.  The defendant shall
                              submit to one drug test within 15 days of the
                              commencement of supervision and at least two drug
                              tests thereafter but no more than eight valid drug
                              tests per month during the term of supervised release
                              (mandatory condition).

**Special Condition**:        That the defendant shall participate and comply with
                              substance abuse treatment which includes drug and
                              alcohol testing in a program approved by the
                              Probation Office.  The defendant is to refrain from the
                              possession and/or use of alcohol while participating in
                              substance abuse treatment.

### CAUSE

Violation Number            Nature of Noncompliance

1.  General Condition       Urine specimen submitted on 8/22/05 tested presumptive
                            positive for marijuana and the offender's admission that
                            he used marijuana.

    We request that no action be taken at this time as the offender appears to be
amenable to treatment and supervision.  On 7/9/04, the offender commenced
supervised release and was referred to the Drug Addiction Services of Hawaii, Inc.
(DASH), for substance treatment and drug testing.  The offender submitted a urine
specimen on 8/22/05 that when tested, resulted in a presumptive positive for marijuana.
Subsequently, on 9/15/05,  the offender admitted using illicit marijuana on or about
8/22/05.

    When the offender submitted the urine specimen, he also submitted a prescription
for Marinol and explained that the specimen would test positive for marijuana.  Marinol
is a pharmaceutical product that is widely available for patients who have acute and
chronic pain.  Marinol is commonly known as "medical" marijuana because it has the
"synthetic" ingredient of tetrahydrocannabinol.  Tetrahydrocannabinol is the natural
ingredient in marijuana.  The distribution and use of Marinol is approved by the Food
and Drug Administration.  The Administrative Office of the U.S. Courts recognizes
Marinol as a legitimate substance for the treatment of the aforementioned ailments.  In

order to determine whether the positive urine specimen was a result from Marinol or the illicit form of marijuana, the urine specimen was forwarded to ElSohly Laboratories, Inc., for confirmation. The laboratory analysis confirmed that the specimen was positive for marijuana and was not a result of the use of Marinol. Subsequently, on 9/15/05, the offender admitted that he used marijuana on or about 8/22/05.

In light of the offender's use of Marinol and marijuana, the imposition of the additional conditions is warranted.

The offender's physical condition is well documented in the Presentence Report. He continues to receive on-going treatment for a chronic back pain. According to the offender's father (a medical doctor), the offender has a degenerative disc disease in his lower vertebrae, the result of a ruptured disc suffered while working in the construction business, which causes him much discomfort and limits his movement and ability. The father claims that the offender suffers from pain and numbness in his extremities requiring the prescribed medication of Oxycontin; Demerol; and Neurontin, pain and nerve blocker medications. The offender is currently being treated by Dr. Gary L. Greenly for pain management. According to a letter dated 7/13/06 from Dr. Greenly, the offender continues under his treatment for spinal injuries and continues to be prescribed Demerol and Marinol for pain management. Dr. Greenly reported that medication regimen has been chosen due to the effectiveness and decreased harm in the long-term usage and addiction as compared to prescription narcotics. The offender's application for social security disability due to his degenerative disc disease is also pending approval. The offender is unable to work due to his medical condition.

Although revocation action is not recommended, we are recommending that the Court modify the mandatory drug testing condition and the special condition for drug testing and treatment.

As a result of the U.S. vs. Stephens ruling, we are recommending the collection of no more than eight valid drug tests per month. The modification is necessary so that the Probation Office could conduct random drug testing given the offender's history of marijuana use and attempt to mask the detection of the illicit substance. Furthermore, random drug testing is essential to identify a drug relapse and to determine the appropriateness for treatment.

We are also requesting a modification of the special condition that requires the offender to participate in and comply with substance abuse treatment which includes drug and alcohol testing. This modification reinforces our position that drug testing is a component of substance abuse treatment. The proposed modifications are necessary to monitor these risk factors and to provide the necessary correctional treatment when treatment is appropriate. The offender agreed to the modifications included in this report.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

4

defense counsel and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections to the modifications.

Respectfully submitted by,

FITUINA F. TUA
Senior U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 8/2/06

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] Other

DAVID ALAN EZRA
U.S. District Judge

4 August 2006
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[x]     To modify the conditions of supervision as follows:

**General Condition**:     That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release (mandatory condition).

**Special Condition**:     That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Witness: _____
FITUINA F. TUA
Senior U.S. Probation Officer

Signed: _____
DANIEL B. POWELL
Supervised Releasee

_____
7-21-06
Date